IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | No. 18-433 |
| | : | |
| WARREN HENDERSON | : | |

## **ORDER**

AND NOW, this 5th day of February, 2021, upon consideration of Defendant Warren Henderson's Motions to Reduce Sentence Pursuant to 18 U.S.C. § 3582(c)(1)(A)(i), the Government's opposition, and for the reasons stated in the accompanying Memorandum, it is ORDERED the Motions (Documents 20 and 23) are DENIED.

Upon consideration of the Government's Motion to Impound and after balancing the public right of access to court documents and ensuring the right to privacy in medical records, it is further ORDERED the Motion (Document 28) is GRANTED. Exhibit A to the Government's Response in Opposition (Document 27) shall be filed UNDER SEAL.

BY THE COURT:

/s/  Juan R. Sánchez
Juan R. Sánchez, C.J.